UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASE NO. 04-80545-DT
HON. PATRICK J. DUGGAN

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

RICHARD DRAGOS,

       Defendant(s).
_____/

## ORDER DENYING MOTION TO SUPPRESS EVIDENCE

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on JULY 25, 2005

This matter is before the Court on Defendant's Motion to Suppress Evidence and for Evidentiary Hearing. For the reasons stated on the record on July 25, 2005;

IT IS ORDERED that the Motion to Suppress Evidence and for Evidentiary Hearing be and the same is hereby DENIED WITHOUT PREJUDICE.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: July 25, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 25, 2005, by electronic and/or ordinary mail.

       s/Marilyn Orem
       Case Manager